**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH JOHNSON, <br><br> *Plaintiff*, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, OWAIS AKHTAR, CAMERON REYNOLDS, A. WILLIS, Jr., FRANCIS MARTELLO, & AMINA COFFEY, <br><br> *Defendants*. | 1:17-cv-00883-CKK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION TO SEAL DOCKET ENTRY 41-2**

Defendant the District of Columbia ("the District"), by and through undersigned counsel, submits this Memorandum of Points and Authorities in its Motion to Seal docket entry 41-2, and to file a redacted version of docket entry number 41-2.

**STATEMENT OF FACTS**

On November 13, 2018, Defendants filed a Motion for Summary Judgment [41]. This Motion included paper exhibits [41-2]. Exhibit "G", page 65 of 81, contains personal identifying information in a Complainant/Witness Statement. The District now moves to seal docket entry 41-2 to protect the privacy of the witness. A redacted version of the Defendants' paper exhibits in support of their pending Motion for Summary Judgment, with the personally identifying information redacted, is attached hereto as Attachment "A".

## **STANDARD OF REVIEW**

Fed. R. Civ. P. 5.2(a) requires that dates of birth be redacted from documents filed on the ECF docket.  Additional information can be redacted from documents filed on the docket by Court Order. Fed. R. Civ. P. 5.2(e)(1).

LCvR 5.1(h) states in pertinent part, "Absent statutory authority, no case or document may be sealed without an order from the Court." *Id.*  Therefore, to place an already-filed document under seal, a party must seek a Court Order.

**ARGUMENT**

**GOOD CAUSE EXISTS TO SEAL DOCKET ENTRY 41-2.**

On November 13, 2018, Defendants filed a Motion for Summary Judgment [41]. This Motion included paper exhibits [41-2]. Exhibit "G", page 65 of 81, contains personal identifying information in a Complainant/Witness Statement. This personally identifying information should have been redacted before filing. This personally identifying information should not be visible on the public docket, and this document should therefore be placed under seal. In place of the sealed docket entry 41-2, the redacted version of docket entry 41-2, attached hereto as Attachment "A", should be placed on the docket and identified as "Redacted Exhibits in Support of Defendants' Motion for Summary Judgment" [41].

Fed. R. Civ. P. 5.2(a) states in pertinent part:

> REDACTED FILINGS. Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, **or birth date**, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only […] (2) the year of the individual's birth[.]

*Id.*

Due to inadvertence, docket entry 41-2 includes the complete date of birth of a witness. The document containing this data should be sealed, and a redacted version of the document should be placed on the docket. LCvR 5.1(h) states in pertinent part, "Absent statutory authority, no case or document may be sealed without an order from the Court." *Id.* This Motion therefore seeks a Court Order sealing docket entry 41-2.

Fed. R. Civ. P. 5.2(e)(1) states that "additional information" may be ordered redacted for "good cause." Because the witness is a law enforcement officer, good cause exists to redact the witness's phone numbers and home address. This information is of no moment to the Motion for

3

Summary Judgment, and it should not be accessible on a public docket.  Redacting this information will further the witness's privacy and security interests.  A redacted version of Defendants' paper exhibits in support of their pending Motion for Summary Judgment is attached hereto as Attachment "A".

No party will be prejudiced by the entry of this Order.  To the contrary, Plaintiff has consented to the relief sought herein.

## **CONCLUSION**

WHEREFORE, for the foregoing reasons, good cause exists to seal docket entry 41-2 and to place a redacted version of same on the docket.

October 1, 2019                             Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ *Benjamin E. Bryant*
BENJAMIN E. BRYANT [1047632]
Assistant Attorney General
Civil Litigation Division Section IV
441 Fourth Street, NW, Suite 630 South
Washington, D.C. 20001
202-724-6652 (phone)
202-730-0624 (fax)
benjamin.bryant@dc.gov

Counsel for Defendants