UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH JOHNSON,<br><br>     *Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, OWAIS AKHTAR, CAMERON REYNOLDS, ANTHONY WILLIS, JR., FRANCIS MARTELLO, & AMINA COFFEY,<br><br>     *Defendants,* | Civil Action No. 1:17-cv-00883-CKK |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Joseph Johnson and Defendants the District of Columbia, Owais Akhtar, Cameron Reynolds, Anthony Willis, Jr., Francis Martello, & Amina Coffey (the "Parties"), through their counsel of record, that:

1. The Parties have entered into a settlement agreement;

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice; and

3. Each Party shall bear its own attorney's fees and costs.

| | |
|---|---|
| July 20, 2021 | Respectfully Submitted, |
| */s/ William Claiborne* <br>WILLIAM CLAIBORNE [446579]<br>ClaiborneLaw<br>717 D Street, N.W., Suite 300<br>Washington, D.C. 20004<br>(202) 824-0700<br>claibornelaw@gmail.com<br><br>*Counsel for Plaintiff* | KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division |

/s/ *Michael K. Addo*
MICHAEL K. ADDO
Chief, Civil Litigation Division Section IV

/s/ *Benjamin E. Bryant*
BENJAMIN E. BRYANT [1047632]
ROBERT A. DEBERARDINIS, JR. [335976]
Assistant Attorneys General
Civil Litigation Division Section IV
400 6th St. N.W.
Washington, D.C. 20001
202-724-6652 (phone)
202-730-0624 (fax)
benjamin.bryant@dc.gov

Counsel for Defendant